UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Milan Milakar, Ante Jercic and Damir Stahor,

                 Plaintiff(s),

-v-

JP Morgan Chase Bank N.A.,

                 Defendant(s).
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-2015
```

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

15 Civ. 5072 (LTS)(FM)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| ___ | If referral is for discovery disputes for a specific period when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Referral for discovery disputes requiring prompt attention at any time when the District Judge is not immediately available (e.g., on trial or out of town) | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | | All such motions: ___ |
| ___ | Inquest After Default/Damages Hearing | | |

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
             August 5, 2015

Copies mailed/faxed to Plaintiffs
Chambers of Judge Swain
on 8-5-2015

                                      LAURA TAYLOR SWAIN
                                      United States District Judge